IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH FRED,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 07-2713 |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of April, 2008, upon consideration of plaintiff Elizabeth Fred's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is hereby **ORDERED** that:

1) The Report and Recommendation is **APPROVED and ADOPTED**.

2) The Claimant's Request for Review is **GRANTED, in part, and DENIED, in part**.

3) The matter shall be remanded for discussion by the ALJ of the RFC report by Fred's treating physician, and the GAF scores assessed by her treating mental health practitioners.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.